Michael W. Wadley, Esq.
Nevada Bar No. 12119
mwadley@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada, 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650

Mark A. Miller, Esq. (*pro hac vice*)
mmiller@hollandhart.com
Richard T. Jackson, Esq. (*pro hac vice*)
rtjackson@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5800
Fax: (801) 799-5700

*Attorneys for Defendant*
Michael Saltman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LATHIGEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SALTMAN, an individual, 4636 WYNN OPERATOR, LLC, a Nevada limited liability company, JOHN DOES I-X, and CORPORATE JANE DOES XI-XV,<br><br>Defendants. | Case No. 2:11-cv-01243-JCM-PAL<br><br>**ORDER OF JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in consideration of this Court's Order of December 13, 2011 granting summary judgment in favor of Defendant Michael Saltman that Plaintiff Michael Lathigee cannot prevail on his claims of trademark infringement (Document 27), the Court hereby ORDERS AND ENTERS JUDGMENT in favor of Defendant Saltman and against Plaintiff Lathigee as follows:

5348852_1.DOCX

Plaintiff Lathigee cannot prevail on his claims of trademark infringement because he never attained any right to the trademark asserted in his Complaint filed August 2, 2011 (Document 2).

The foregoing is subject to any post-judgment motions that will be filed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 30, 2011

Submitted By:

_____
Michael W. Wadley, Esq.
Nevada Bar No. 12119
mwadley@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada, 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650

Mark A. Miller, Esq. (*pro hac vice*)
mmiller@hollandhart.com
Richard T. Jackson, Esq. (*pro hac vice*)
rtjackson@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5800
Fax: (801) 799-5700

*Attorneys for Defendant*
Michael Saltman

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600; Fax: (702) 669-4650

5348852_1.DOCX